Rory C. Leisinger, Esq. (SBN: 277476)
Leisinger Law, LLP
118 N. Citrus Ave, Suite B
Covina, CA 91723
Tel: 626-290-2868
Email: rory@leisingerlaw.com
Attorneys for Plaintiff
LEONARDO BERNAL

# UNITED STATES
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| LEONARDO BERNAL, | Case No.::**2: 17-00821−KJM−GGH** |
| Plaintiff, | **VOLUNTARY DISMISSAL** |
| vs. | |
| CAPITAL ONE, N.A., | |
| Defendant. | |

## **VOLUNTARY DISMISSAL**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, LEONARDO BERNAL, through his counsel, hereby gives notice that the above captioned action is voluntarily dismissed with prejudice against CAPITAL ONE, N.A., with each party to bear their own attorneys' fees and costs.

//
//
//

Dated: August 29, 2017

Respectfully Submitted,

**LEISINGER LAW, LLP**

By: <u>*/s/ Rory Leisinger*</u>
Rory Leisinger, Esq. (SBN: 277476)
118 N. Citrus Ave, Suite B
Covina, CA 91723
Tel: 626-290-2868
Email: Rory@leisingerlaw.com
Attorneys for Plaintiff
LEONARDO BERNAL